LAW OFFICES
# GERSON, CAPEK & VORON
THIRD FLOOR
1420 WALNUT STREET
PHILADELPHIA, PA 19102-4097

(215) 985-0700
FAX (215) 985-1666

HARRISBURG OFFICE
4431 N. FRONT STREET
HARRISBURG, PA 17110
(717) 234-2401

September 6, 2019

VIA ECF FILING
The Honorable Mitchell S. Goldberg
7614 US Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   Caitlin Dubois v. People's Commerce, et al
      U.S.D.C. E.D. Pa. Civil Action No. 18-cv-1747 (MSG)

Dear Judge Goldberg:

This office represents Defendants in the above captioned matter. Your Honor requested a status update by September 6, 2019.

An arbitration was held before The Honorable John Hughes, at JAMS, on August 7, 2019. Post-trial briefs were submitted by August 22, 2019.

Yesterday, we received a letter from JAMS that the judge has rendered his decision but JAMS would not issue that decision until all outstanding fees were received. That final bill (the first since the arbitration) was also just received this week, and was sent to my client.

I anticipate payment will be made shortly, the decision will be issued, and this matter will be resolved. Either Mr. Lopez-Jacobs or I will advise Your Honor when we receive the decision and if the decision resolves this matter, as expected.

Respectfully submitted,

Nicole Gerson, Esquire

cc:   Jody Lopez-Jacobs, Esquire