# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAITLIN DUBOIS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | No. 18-cv-1747 |
| **PEOPLES COMMERCE, INC., ET AL.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 25th day of September, 2019, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs. The Court of Clerk is directed to mark this action **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**